O16-15

# ELECTRONIC RECORD

COA #  01-12-00688-CR          OFFENSE:  19.02 (Murder)

STYLE:  Raul Rodriguez v. The State of Texas          COUNTY:  Harris

COA DISPOSITION:    REVERSE REMAND          TRIAL COURT:  178th District Court

DATE: 12/18/2014          Publish: YES   TC CASE #:    1348372

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Raul Rodriguez v. The State of Texas          CCA #:    O16-15

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:    _____

_____ refused _____          JUDGE:    _____

DATE: April 15, 2015          SIGNED: _____          PC: _____

JUDGE: PC; Newell J. not          PUBLISH: _____          DNP: _____

participating

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**